Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
**United States District Court**

U.S. District Court, District of Connecticut

FILED 2006 MAY 25 P 12: 45

United States v. Michael Hilliard

Docket No.: 3:00CR227(SRU)

Hon. Stefan Underhill
(District Court Judge)

Notice is hereby given that __Michael Hilliard__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ___ ], other [ X ], __Ruling and Order denying the defendant's Motion for Re-sentencing (#1494)__
(specify)

entered in this action on __5/23/06__
(date)

Offense occurred after November 1, 1987    Yes [ X ]    No [ ___ ]

This appeal concerns: Conviction only [ ___ ]    Sentence only [ X ]    Conviction and Sentence [ ___ ]

Date __5/25/06__
TO

__Auden Grogins, Esq.__
(Counsel for Appellant)

Address __400 Stillson Rd.__

__Fairfield, CT 06824__

ADD ADDITIONAL PAGE (IF NECESSARY)

Telephone Number: __(203) 335-2112__

---

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ___ ] I am ordering a transcript<br>[ X ] I am not ordering a transcript<br>Reason<br>[ ___ ] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ ___ ] Other. Attach explanation | Prepare transcript of<br>[ ___ ] Prepare proceedings<br>[ ___ ] Trial<br>[ ___ ] Sentencing<br>[ ___ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment    [ ___ ] Funds [ ___ ]    CJA Form 24 [ ___ ]

ATTORNEY'S SIGNATURE                        DATE  5/25/06

---

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____<br>(Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05