UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

---------------------------------x

UNITED STATES OF AMERICA,

       Plaintiff               CRIMINAL ACTION
                              NO. 3:00CR227(SRU)

VS.

                              June 26, 2006

MICHAEL HILLIARD,

       Defendant

---------------------------------x

### INDEX TO RECORD ON APPEAL

| Date Filed | Court Document No. | Document Name | Document No. |
|---|---|---|---|
| 02-01-2001 | 238 | Arraignment held as to Michael Hilliard; not guilty plea entered as to Michael Hilliard | 1 |
| 06-20-2001 | 473 | Third Superseding Indictment | 2 |
| 07-05-2001 | 528 | Arraignment held as to Michael Hilliard Not guilty pleas entered by Michael Hilliard | 3 |
| 03-01-2002 | 900 | Request for Change of Plea as to Michael Hilliard | 4 |
| 03-01-2002 | 901 | Plea Agreement Letter as to Michael Hilliard | 5 |
| 06-21-2002 | 1008 | Transcript of Jury Trial for Co-Defendants (3/14/02) | 6 |
| 06-21-2002 | 1009 | Transcript of Jury Trial for Co-Defendants (3/15/02) | 7 |

| Date Filed | Court Document No. | Document Name | Document No. |
|---|---|---|---|
| 06-27-2002 | 1011 | Transcript of Jury Trial for Co-Defendants (3/18/02) | 8 |
| 07-01-2002 | 1013 | Transcript of Jury Trial for Co-Defendants (3/4/02) | 9 |
| 07-03-2002 | 1014 | Transcript of Proceedings (3/5/02) | 10 |
| 07-08-2002 | 1015 | Government's Sentencing Memorandum | 11 |
| 07-12-2002 | 1016 | Transcripts of Proceedings (3/6/02) | 12 |
| 07-19-2002 | 1024 | Transcript of Jury Trial (3/8/02) Co-Defendants | 13 |
| 07-22-2002 | 1028 | Transcript of Co-Defendants Jury Trial (3/12/02) | 14 |
| 07-24-2002 | 1030 | Transcript of Jury Trial for Co-Defendants (3/13/02) | 15 |
| 08-02-2002 | 1039 | Transcript of Co-Defendants (3/20/02) | 16 |
| 08-05-2002 | 1041 | Transcript of Co-Defendants Jury Trial (3/21/02) | 17 |
| 10-08-2002 | 1124 | Transcript of Change of Plea on 2-28-02 and 3-1-02 as to Michael Hilliard | 18 |
| 06-13-2003 | 1217 | Sentencing Memorandum of Michael Hilliard | 19 |
| 12-11-2003 | 1279 | Supplemental Sentencing Memorandum by Government as to Michael Hilliard | 20 |
| 12-15-2003 | 1280 | Sentencing Proceeding before Judge Underhill | 21 |
| 12-16-2003 | 1284 | Judgment as to Michael Hilliard | 22 |

| Date Filed | Court Document No. | Document Name | Document No. |
|---|---|---|---|
| 12-22-2003 | 1287 | Notice of Appeal by Michael Hilliard | 23 |
| 01-14-2004 | 1297 | Transcript dated December 15, 2003 of Sentencing Hearing for Michael Hilliard | 24 |
| 01-16-2004 | 1301 | Acknowledged Receipt of Notice of Appeal by U.S.C.A | 25 |
| 01-30-2004 | 1304 | Index to Record on Appeal by Michael Hilliard | 26 |
| 08-25-2004 | 1354 | Motion for Leave to Supplement Record on appeal by U.S.A. as to Michael Hilliard | 27 |
| 08-30-2004 | 1357 | Electronic order granting Motion for Leave to Supplement Record on Appeal as to Michael Hilliard | 28 |
| 11-19-2004 | | Certified and transmitted record on appeal as to Michael Hilliard to U.S. Court of Appeals | 29 |
| 11-30-2004 | | Transmitted First Supplemental record on appeal as to Michael Hilliard | 30 |
| 04-27-2005 | 1380 | Motion for Post-Crosby Proceedings On Remand by U.S.A. as to Michael Hilliard | 31 |
| 05-9-2005 | 1382 | Electronic endorsement order granting Motion for Post-Crosby Proceedings on Remand as to Michael Hilliard | 32 |
| 05-9-2005 | 1383 | Scheduling order as to Michael Hilliard | 33 |
| 05-31-2005 | 1387 | Memorandum in support by Michael Hilliard regarding Motion for Post-Crosby Proceedings on Remand | 34 |
| 05-12-2006 | 1494 | Ruling and Order as to Michael Hilliard Regarding Memorandum in Support of Motion filed by Michael Hilliard | 35 |
| 05-25-2006 | 1495 | Notice of Appeal by Michael Hilliard | 36 |

```
                    Respectfully submitted,
                    MICHAEL HILLIARD

                    By_____
                       Auden Grogins
                       Grogins & Grogins
                       400 Stillson Road
                       Fairfield, CT 06824
                       Telephone: (203) 335-2112
                       Fax No: (203) 335-7214
                       Fed. Bar No. CT07570
```

## CERTIFICATION

This is to certify that a copy of the foregoing has been given to Alina Marquez, Esq. and Alex V. Hernandez, Esq., Assistant United States Attorneys, 915 Lafayette Boulevard, Bridgeport, CT 06604, and to the defendant, Michael Hilliard, Inmate # 14048014 United States Prison – Allenwood, P.O. Box 3000, White Deer, PA 17887

_____
**Auden Grogins**